## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-002579-BNB

JOSHUA SUTTON,

    Plaintiff,

v.

BILL THIEBOUT,
STEPHEN TALBOT,
HONORABLE THOMAS FLESHER,
GARY ROYBAL,
KATHY MORA,
AMIEL MARKENSON, and
ROBERT HOUTON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 28, 2014, Plaintiff filed a Motion to Join and Notice of New Address, ECF No. 9. Pursuant to the Court's Order to File an Amended Complaint, ECF No. 7, the Motion to Join is denied as moot. Plaintiff is able to include in Case No. 14-cv-02379-BNB the claims he raises in this case and to dismiss this case.

Dated: October 29, 2014