## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-002579-LTB

JOSHUA SUTTON,

    Plaintiff,

v.

BILL THIEBOUT,
STEPHEN TALBOT,
HONORABLE THOMAS FLESHER,
GARY ROYBAL,
KATHY MORA,
AMIEL MARKENSON, and
ROBERT HOUTON,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On December 10, 2014, Plaintiff filed a Motion to Dismiss, ECF No. 15.  The Motion is denied as moot.  This action was dismissed on December 8, 2014.

Dated:  December 11, 2014